IN THE CIRCUIT COURT, FIFTH
JUDICIAL CIRCUIT, IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.:

**NANCY OAKLEAF,**

    **Plaintiff,**

vs.

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a corporation,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, NANCY OAKLEAF, by and through her attorney, sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation, (hereinafter STATE FARM), for damages in excess of $15,000.00, and alleges:

1. At all times material hereto, Plaintiff, NANCY OAKLEAF, was and is a resident of Marion County, Florida.

2. At all times material hereto, the Defendant, STATE FARM, was and is a corporation authorized to do business in the state of Florida, primarily engaged in the business of providing various forms of insurance coverage.

3. On or about March 15, 2017, the Plaintiff, NANCY OAKLEAF, was the driver of a motor vehicle involved in an accident at or near the intersection of West State Road 40 and South West 27th Ave, in Ocala, Marion County, Florida.

4. On or prior to March 15, 2017, the Defendant issued to NANCY OAKLEAF a policy of automobile insurance, policy #E05156259, said policy providing underinsured motorist insurance coverage for the benefit of the Plaintiff

herein. Plaintiff does not possess a copy of said policy, but reasonably believes the actual policy to be in Defendant's possession.

5. The insurance policy and the coverage described therein were in full force and effect during all times relevant to this action, including March 15, 2017.

6. The Plaintiff has claimed entitlement to benefits under said policy and any auto policies available to the Plaintiff and all conditions precedent to entitle the Plaintiff to present this claim under said policy have been performed.

7. As a result of this accident, the Plaintiff, NANCY OAKLEAF, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

**WHEREFORE,** Plaintiff, NANCY OAKLEAF, demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and further requests trial by jury.

**CHARLIE TUCKER PA**

**/s/ Christopher K. Welch**
**Christopher K. Welch, Esquire**
**300 SE First Avenue**
**Ocala, FL 34471**
**(352) 732-5330(jl)**
**(352) 732-8727 fax**
serviceckw@charlietuckerpa.com
**FL Bar No. 0275440**
**Attorney for Plaintiff**